527 A.2d 531

XPRESS TRUCK LINES, INC.

v.

COMMONWEALTH of Pennsylvania, OFFICE OF the
BUDGET and Comptroller Pennsylvania Liquor
Control Board, Appellants

Pennsylvania Liquor Control Board, Intervenor.

COMMONWEALTH of Pennsylvania, PENNSYLVANIA LI-
QUOR CONTROL BOARD and Xpress Truck Lines, Inc.

v.

COMMONWEALTH of Pennsylvania, OFFICE
OF the BUDGET

and

Commonwealth of Pennsylvania, Office of
Comptroller, Appellants.

Supreme Court of Pennsylvania.

Argued May 13, 1987.

Decided July 2, 1987.

Robert Scandone, Philadelphia, for appellee Xpress Truck Lines, Inc.

Gary F. DiVito, Felix Thau, Harrisburg, for appellee Pa. Liquor Control Bd.

## ORDER

PER CURIAM.

Order affirmed.